-o-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR05-348 GAF |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation |
| ) | Supervised Release) |
| Ismael Belman  aka  John Doe ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X)  the appearance of defendant as required; and/or

(B) (X)  the safety of any person or the community.

//

//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct; see criminal history_

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear for all court appearances. Defendant is illegally in US & has no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 11/30/09

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2